UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IVAN M. TAYLOR,<br><br>    Plaintiff<br><br>v.<br><br>GO-GETTERS, INC., et al.,<br><br>    Defendants | Case No. 1:20-cv-03624-ELH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to DISMISS the action and all claims WITH PREJUDICE, with the parties to bear their own costs and attorney's fees incurred in connection with the claims.

Respectfully submitted,

/s/Eric M. Rigatuso
_____
Eric M. Rigatuso (27605)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: rigatuso@ewmd.com
*Attorney for Defendant*

_____
Ivan M. Taylor
16515 Whiteville Road
Delmar, DE  19940
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2022, copies of the foregoing Stipulation of Dismissal With Prejudice was served via first-class mail, postage prepaid to:

>Ivan M. Taylor
>16515 Whiteville Road
>Delmar, DE 19940
>*Pro Se Plaintiff*

>/s/*Eric M. Rigatuso*
>Eric M. Rigatuso (27605)